IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Albert Walter Kouba, | ) | No. CIV 10-159 TUC FRZ (GEE) |
| Plaintiff, | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| Renzenberger, Inc.; et al., | ) | |
| Defendants. | ) | |

Pending before the court is a motion to dismiss filed by the defendant, Peterson Manufacturing Company. (Doc. 37)

The plaintiff, Albert Walter Kouba, filed this action for unpaid wages in violation of the Fair Labor Standards Act (FLSA) and sexual harassment.

This case has been referred to Magistrate Judge Edmonds for all pretrial matters pursuant to Local Civil Rule 72.2. Rules of Practice of the U.S. District Court for the District of Arizona.

Discussion

On May 19, 2010, Kouba filed an Amended Complaint adding an additional plaintiff and an additional defendant, Peterson Manufacturing Company.

June 15, 2010, Peterson filed the instant motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(2), and 12(b)(6).

On July 6, 2010, this court struck the Amended Complaint because Kouba did not first file a motion to amend pursuant to Fed.R.Civ.P. 15. (Doc. 42)

RECOMMENDATION:

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DENYING AS MOOT the motion to dismiss filed by the defendant, Peterson Manufacturing Company. (Doc. 37) The Amended Complaint was stricken. Peterson is no longer a named defendant.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 14 days of being served with a copy of this Report and Recommendation. If objections are not timely filed, they may be deemed waived.

The Clerk is directed to send a copy of this Report and Recommendation to the parties or their counsel.

DATED this 19th day of July, 2010.

_____
Glenda E. Edmonds
United States Magistrate Judge