1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9   Albert Walter Kouba, et al.,              )     No. CV 10-159-TUC-FRZ (GEE)
                                              )
10             Plaintiffs,                    )     **ORDER**
                                              )
11  vs.                                       )
                                              )
12                                            )
    Renzenberger, Inc. , et al.,              )
13                                            )
               Defendants.                    )
14                                            )
                                              )
15

16      Pending before the Court is a Report and Recommendation issued by United States

17  Magistrate Judge Glenda E. Edmonds that recommends denying Peterson Manufacturing

18  Company's ("Peterson") motion to dismiss (Doc. 37) as moot

19  . A review of the record reflects that the parties have not filed any objections to the Report

20  and Recommendation and the time to file objections has expired. As such, the Court will not

21  consider any objections or new evidence.

22      The Court has reviewed the record and concludes that Magistrate Judge Edmonds'

23  recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72;

24  *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14

25  F. Supp. 2d 1203, 1204 (D. Or. 1998).

26      Accordingly, IT IS HEREBY ORDERED as follows:

27  (1) Magistrate Judge Edmonds' Report and Recommendation (Doc. #44) is accepted and

28  adopted.

1  (2) Peterson's motion to dismiss (Doc. 37) is denied as moot.

2  (3) **As pretrial proceedings remain in this case, the referral to Magistrate Judge**

3  **Edmonds remains in effect; the parties shall continue to list the caption as: CV 10-159-**

4  **TUC-FRZ (GEE).**

5

6  DATED this 11th day of August, 2010.

7

8

9                                        Frank R. Zapata
10                                    Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28