UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALBERT WALTER KOUBA,<br><br>        Plaintiff,<br><br>v.<br><br>RENZENBERGER, INC.,<br><br>        Defendant. | Case No. CV 10-159-TUC-FRZ (LAB)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the foregoing Stipulation to Dismiss with Prejudice between Plaintiff and Defendant, and good cause appearing therefore, **IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice between Plaintiff and Defendant, each party to bear their own attorneys' fees and costs incurred herein.

Dated this 1st day of August, 2013.

_____
Frank R. Zapata
Senior United States District Judge